UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE R. HALVORSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  20cv526-JAH (WVG)<br><br>**ORDER VACATING HEARING** |

After careful review, the Court deems Defendant Ford Motor Company's unopposed motion to transfer venue (Doc. No. 8), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1).

Accordingly, **IT IS HEREBY ORDERED** that Defendant's motion is taken under submission without oral argument and the hearing set for May 11, 2020, is VACATED. The Court will issue an order in due course.

**IT IS SO ORDERED**

DATED:   May 4, 2020

_____
Hon. John A. Houston
United States District Judge

1